David K. Callahan, *Pro Hac Vice*
Alison R. Aubry, *Pro Hac Vice*
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601-6636
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200

John Ray Nelson, WSBA #16393
Foster Pepper PLLC (Local Counsel)
422 W. Riverside, Suite 1310
Spokane, WA  99201-0302
Telephone: (509) 777-1600
Facsimile:  (509) 777-1616

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EMERGIS TECHNOLOGIES, INC., f/k/a BCE EMERGIS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVISTA CORPORATION, <br><br> Defendant. | No. CV-06-023-RHW <br><br> PLAINTIFF'S FRCP 41(a)(1)(i) NOTICE OF DISMISSAL |

TO:   The Clerk of the Court; and

TO:   Defendant Avista Corporation and its counsel, J. Christopher Lynch of Preston Gates & Ellis LLP

PLAINTIFF'S FRCP 41(a)(1)(i) NOTICE
OF DISMISSAL - 1

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50617110.1

Please take Notice that Plaintiff EMERGIS TECHNOLOGIES, INC., f/k/a BCE EMERGIS TECHNOLOGIES, INC., by and through its undersigned counsel, is hereby dismissing its Complaint in this action, and all claims therein, with prejudice, with each party to bear its own costs and attorneys' fees. This Notice of Dismissal is provided and filed pursuant to Fed. R. Civ. P. 41(a)(1)(i). By his signature below, Counsel for the Plaintiff certifies that no Answer or Motion for Summary Judgment has been served by any adverse party as of the date of this Notice.

Date:  June 12, 2006

Foster Pepper PLLC

_____/s/_____
John Ray Nelson, WSBA No. 16393
Local Counsel

**Of Counsel**
David K. Callahan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

Counsel for Plaintiff
Emergis Technologies, Inc.

PLAINTIFF'S FRCP 41(a)(1)(i) NOTICE
OF DISMISSAL - 2

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50617110.1

## CERTIFICATE OF SERVICE

I, Pam McCain, certify that on June 12th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Spokane, Washington, this 12th day of June, 2006.

                                                s/ Pam McCain
                                                Pam McCain

PLAINTIFF'S FRCP 41(a)(1)(i) NOTICE
OF DISMISSAL - 3

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50617110.1