UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMERGIS TECHNOLOGIES, INC., f/k/a BCE EMERGIS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVISTA CORPORATION, <br><br> Defendant. | NO. CV-06-023-RHW <br><br> **ORDER DISMISSING COMPLAINT** |

Before the Court is Plaintiff's FRCP 41(a)(1)(i) Notice of Dismissal (Ct. Rec. 10). Plaintiff requests voluntary dismissal of the above-captioned matter pursuant to Rule 41(a)(1) of the Federal Rules of Criminal Procedure. Plaintiff states that no answer, counterclaim, or motion for summary judgment has been filed by Defendant.

Accordingly, **IT IS HEREBY ORDERED**

1. Plaintiff's FRCP 41(a)(1)(i) Notice of Dismissal (Ct. Rec. 10) is **GRANTED**.

2. The above-captioned case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 20th day of June, 2006.

s/Robert H. Whaley
ROBERT H. WHALEY
Chief United States District Judge

C:\Documents and Settings\peters\Local Settings\Temp\notes6030C8\dismiss.ord.wpd

ORDER DISMISSING COMPLAINT * 1